In the Matter of the Claim of CARL BERNHARDT, Respondent, against CURTISS-WRIGHT CORPORATION et al., Appellants, and SPENCER LENS Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued October 16, 1952; decided October 24, 1952.

*Frank C. Roberts* for appellants.

*Arthur J. Maloney* and *Percy R. Smith* for Spencer Lens Co. and another, respondents.

*Clyde M. Williams* for Norton Laboratories, Inc., and another, respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.